Simona A. Farrise, Esq. (CSB No. 171708)
Carole M. Bosch, Esq. (CSB No. 239790)
**THE FARRISE LAW FIRM, P.C.**
225 South Olive Street, Suite 102
Los Angeles, CA 90012
Telephone: (310) 424 3355
Facsimile: (510) 588-4536
farriselaw@farriselaw.com

JS-6

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA CALILIW, individually, and as heir and Successor in Interest to PEDRO CALILIW, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY; *et al.*,<br><br>Defendants.<br>_____<br>ANNABEL C. BOARD, ABRAHAM CALILIW, ALBERT CALILIW, ALLAN CALILIW ANDREW CALILIW, ANNAJANETTE CALILIW, ANNALYN C. DELEMOS, ARISEHIDAD C. LOPEZ, and ARMINDA C. TIRONA, heirs to PEDRO CALILIW, Deceased,<br><br>Nominal defendants/involuntary Plaintiffs, | Case No.: 2:11-cv-10708 FMO (JEMx)<br><br>**ORDER RE: STIPULATION OF PARTIES FOR VOLUNTARY DISMISSAL OF ACTION**<br><br>Second Amended<br>Complaint Filed: April 13, 2012<br>Trial Date: None Set |

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed without prejudice as to DEFENDANTS ARVINMERITOR, INC. individually and as successor in interest to ROCKWELL STANDARD; BUFFALO PUMPS, INC.; CRANE CO.; GOODYEAR TIRE AND RUBBER CO.; IMO INDUSTRIES INC. individually and as successor in interest to DELAVAL TURBINE, INC. AND SHARPLES, INC.; MAREMONT CORPORATION; MERITOR INC. individually and as successor in interest to ARVINMERITOR, INC., ROCKWELL STANDARD, NORTH AMERICAN ROCKWELL, and ROCKWELL INTERNATIONAL; PNEUMO ABEX LLC (Sued herein as PNEUMO ABEX, LLC, individually and as successor in interest to ABEX CORPORATION); and WARREN PUMPS LLC only.  Each party to bear their own fees, costs, and expenses, if any.

DATE: June 18, 2013

_____/s/_____
The Honorable Fernando M. Olguin
JUDGE OF THE UNITED STATES
DISTRICT COURT