JS-5

Simona A. Farrise, Esq. (CSB No. 171708)
Carole M. Bosch, Esq. (CSB No. 239790)
**THE FARRISE LAW FIRM, P.C.**
225 South Olive Street, Suite 102
Los Angeles, CA 90012
Telephone: (310) 424 3355
Facsimile: (510) 588-4536
farriselaw@farriselaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA CALILIW, individually, and as heir and Successor in Interest to PEDRO CALILIW, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY; *et al.*,<br><br>Defendants.<br>_____<br>ANNABEL C. BOARD, ABRAHAM CALILIW, ALBERT CALILIW, ALLAN CALILIW, ANDREW CALILIW, ANNAJANETTE CALILIW, ANNALYN C. DELEMOS, ARISEHIDAD C. LOPEZ, and ARMINDA C. TIRONA, heirs to PEDRO CALILIW, Deceased,<br><br>Nominal defendants/involuntary Plaintiffs, | Case No.: 2:11-cv-10708 FMO (JEMx)<br><br>**ORDER RE: PLAINTIFF'S REQUEST TO REINSTATE ACTION**<br><br>Second Amended<br>Complaint Filed: April 13, 2012<br>Trial Date:      None Set |

1

**ORDER RE: PLAINTIFF'S REQUEST TO REINSTATE ACTION**

**ORDER**

Having considered the Plaintiff's Request to Reinstate Action of the above-captioned action:

IT IS HEREBY ORDERED that the case is reinstated as to defendant GENERAL ELECTRIC COMPANY and nominal defendants ANNABEL C. BOARD, ABRAHAM CALILIW, ALBERT CALILIW, ALLAN CALILIW, ANDREW CALILIW, ANNAJANETTE CALILIW, ANNALYN C. DELEMOS, ARISEHIDAD C. LOPEZ, and ARMINDA C. TIRONA to the same effect as if it had never been dismissed.

The dates previously set in this matter in the Court's Order of October 22, 2012 are reinstated.

DATE: June 26, 2013

_____/s/_____
The Honorable Fernando M. Olguin
U.S. DISTRICT JUDGE